IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 4:09-CV-035-FHS |
| | ) | |
| JAMES YOUNG, et al. | ) | |
| | ) | |
| Defendants. | ) | |

AGREED JUDGMENT AND DECREE OF FORECLOSURE

Pursuant to the agreement of plaintiff United States and defendants James and Jacqueline Young, judgment is hereby entered in favor of the United States and against James and Jacqueline Young for the unpaid balance of federal income taxes, penalties, and interest in the amount of $4,139.46, as shown below, plus interest and statutory additions according to law from November 30, 2009 until paid:

| Tax Year | Balance of Liability |
|---|---|
| 2000 | $1,182.80 |
| 2001 | $2,956.66 |
| Total | $4,139.46 |

Furthermore, the United States is granted judgment to foreclose its tax liens for years 1995, 1996, 2000, and 2001 against real property located at Route 2, Box 3, Hartshorne (Pittsburg County), Oklahoma 74547, within the Eastern District of Oklahoma, and described as follows:

Lots Numbered 17 and 18, Townsite Addition Number 20.
Pittsburg County, State of Oklahoma.

The real property will be sold pursuant to further order of the Court.

Entered this 27th day of April, 2010.

Frank H. Seay
United States District Judge

Read and approved by:

SHELDON J. SPERLING

United States Attorney

 /s/ LaQuita Taylor-Phillips

LaQuita Taylor-Phillips

Trial Attorney

Tax Division

U.S. Department of Justice

Post Office Box 7238

Ben Franklin Station

Washington, D.C. 20044

Telephone: (202) 305-7945

Facsimile: (202) 514-6770

Counsel for plaintiff United States


 /s/ Ron Wright
_____

Ron Wright

Wright, Stout & Wilburn, P.L.L.C.

300 West Broadway, P.O. Box 707

Muskogee, Oklahoma 74402-0707

Telephone: (918) 682-0091

Facsimile: (918) 683-6340

Counsel for defendants

James and Jacqueline Young