IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | CASE NO. 09-35-FHS |
| JAMES W. YOUNG, et al. | ) |  |
|  | ) |  |
| Defendants. | ) |  |

## JUDGMENT

In accordance with Rule 55(b)(2) of the Federal Rules of Civil Procedure, judgment by default is hereby entered in favor of the United States and against Kerry Ann Owings. Further, it is hereby decreed that Kerry Ann Owings has no interest in the real property that is the subject of this action.

Entered this 3rd day of May, 2010.

Frank H. Seay
United States District Judge