**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

UNITED STATES OF AMERICA,           )
                                    )
        Plaintiff,           )
                                    )
v.                                  ) No. CIV-09-35-FHS
                                    )
JAMES W. YOUNG, et al.,             )
                                    )
        Defendants.          )

**ADMINISTRATIVE CLOSING ORDER**

Plaintiff, the United States of America ("United States"), has filed an Unopposed Motion For Administrative Closing Order (Dkt. No. 95) in this action brought by the United States to recover the unpaid balance of federal income taxes and to foreclose its tax liens. The United States informs the Court that it has reached a settlement agreement with Defendants, James and Jacqueline Young ("the Youngs"), to stay the sale of the subject property and allow the Youngs to pay an agreed monthly amount over a four-year period. Neither the Youngs nor Defendant, Real Time Resolutions, Inc. has any objection to the requested administrative closing order. As to the other named defendants, default judgment was previously entered against Defendant, Kerry Owings ("Owings"), determining that Owings has no interest in the subject real property (Dkt. No. 89) and Defendant, Mildred Hyde, was dismissed due to her filing of a disclaimer of interest as to the subject real property (Dkt. No. 94).

It is therefore ordered that the Court Clerk administratively close this action without prejudice to the rights of the parties to reopen the proceedings for good cause shown for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation. If, by June 1, 2014, the

parties have not moved to reopen for the purpose of obtaining a final determination herein, this action shall be deemed dismissed without prejudice.

It is so ordered this 3rd day of January, 2011.

Frank H. Seay
United States District Judge
Eastern District of Oklahoma